# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>            Plaintiff,                           )<br>                                                             )<br>      v.                                                )         2:11-CR-091-RLH (GWF)<br>                                                             )<br>RAYMOND JUAREZ,                       )<br>                                                             )<br>            Defendant.                       )         | |

# ORDER OF FORFEITURE

On March 7, 2012, defendant RAYMOND JUAREZ pled guilty to Counts One, Three, Five, Seven, Eight and Nine of a Fourteen-Count Criminal Indictment charging him in Count One with Conspiracy to Interfere with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951; in Counts Three, Five, Seven and Nine with Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951; and in Count 8 with Discharging a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). Docket #1, #49, #50.

This Court finds that RAYMOND JUAREZ shall pay a criminal forfeiture money judgment of $378.34 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from RAYMOND JUAREZ a criminal forfeiture money judgment in the amount of
3   $378.34 in United States Currency.
4   DATED this  13th   day of    March           , 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Order of Forfeiture on March 12, 2012, by the below identified method of service:

<u>CM/ECF</u>:
Krystallin D Hernandez

Robert Langford & Associates
616 South 8th Street
Las Vegas, NV 89101
Email: krystallin@robertlangford.com
Counsel for Defendant Raymond Juarez

Shari L. Kaufman
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Shari_Kaufman@fd.org
Counsel for Defendant Jose Fiqueroa

Rebecca A Rosenstein
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@fd.org
Counsel for Defendant Jose Fiqueroa

Shawn R Perez
Law Office Of Shawn R. Perez
633 South Fourth Street
Las Vegas, NV 89101
Email: shawn711@msn.com
Counsel for Defendant Chase Sutton

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal