# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-91 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| RAYMOND JUAREZ, et al., | |
| Defendant(s). | |

Presently before the court is *USA v. Juarez et al*, case no. 2:11-cr-00091-JCM-CWH. Petitioners Chase Sitton, Raymond Juarez, and Jose Figueroa have each filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF Nos. 91, 92, 93).

Briefing shall proceed as follows: respondent has twenty-one (21) days from the date of this order to file responses to these motions. Thereafter, each petitioner has fourteen (14) days to file a reply to the government's response that corresponds with his petition.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file responses—specifically discussing the impact of *Dimaya v. Lynch*, 803 F.3d 1110 (9th Cir. 2015), *cert. granted*, 137 S. Ct. 31 (2016)—to petitioners' motions to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 91, 92, 93) no later than twenty-one (21) days from the date of this order. Petitioners shall file a reply within fourteen (14) days thereafter.

DATED July 12, 2017.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**