# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

Raymond Juarez,

Defendant.

JUDGMENT

Case Number: 2:11-cr-00091-JCM-CWH-1

(Related case: 2:20-cv-01165-JCM )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States. A Certificate of Appealability shall not issue.

| | |
|---|---|
| 12/9/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ K. Ferris |
| | Deputy Clerk |